# FURIALAW

**MEMO ENDORSED.**

Philip J. Furia
furiap@furiafirm.com
646-830-1915

May 12, 2026

**Via ECF**
Hon. Ona T. Wang
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:    *Prime Staffing LLC v. Philadelphia Indemnity Insurance Company –*
> *Docket No. 1:26-cv-01039-VSB-OTW*

Dear Judge Wang:

This firm represents Plaintiff Prime Staffing LLC in the above-referenced matter. We write jointly with counsel for Defendant in response to Your Honor's Order dated April 21, 2026 (ECF No. 20) setting this matter for an Initial Case Management Conference on May 21, 2026 at 11:00am.

The parties have met and conferred and respectfully contend that discovery in this matter should be stayed pending resolution of Defendant's motion to dismiss. Once the parties have had the opportunity to review the decision on that motion, they will be in a better position to engage in more targeted discovery and potentially fruitful resolution discussions. In the event the Court would prefer for discovery to proceed at this time, the parties attached as **Exhibit A** their Report of Rule 26(f) Meeting and Proposed Case Management Plan. There are no disagreements on the proposed schedule at this time.

Finally, given the fact that there are no current disputes between the parties, Plaintiff's counsel requests that the Initial Conference scheduled for May 21, 2026 be held virtually or telephonically. Defendant's counsel consents to this request.

The Initial Case Management Conference scheduled for May 21, 2026 is converted to a Preliminary Settlement Conference Call. The parties are directed to call Chambers at               when all counsel are on the line.

Very truly yours,

*Philip Furia*

Philip J. Furia

SO ORDERED.

Ona T. Wang    May 18, 2026
U.S.M.J.